IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:00-cr-336 |
| **v.** | : | |
| **MAURICE PEPPERS** | : | Judge Sylvia H. Rambo |

## **O R D E R**

AND NOW, this 6th day of December, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) Peppers' petition for relief pursuant to 28 U.S.C. § 2255 is **DENIED** in accordance with the accompanying memorandum**.**

2) This court declines to issue a certificate of appealability for the reasons set forth in the accompanying memorandum.

3) The clerk of court is directed to close this file.

                                                                           s/Sylvia Rambo
                                                                           SYLVIA H. RAMBO
                                                                           United States District Judge