IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:00-CR-336 |
| | : | |
| **v.** | : | |
| | : | |
| **MAURICE PEPPERS** | : | Judge Sylvia H. Rambo |

# O R D E R

Before the court is the motion for compassionate release filed by Defendant Maurice Peppers ("Defendant" or "Mr. Peppers"). (Doc. 187). For the reasons outlined in the accompanying memorandum, the motion is hereby **DENIED**.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: August 6, 2020